JONATHAN D. WOLF, CA STATE BAR NO. 127043
JULIA L. COVELLO, CA STATE BAR NO. 334941
BERLINER COHEN, LLP
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
jonathan.wolf@berliner.com
julia.covello@berliner.com

ATTORNEYS FOR PLAINTIFF AT&T CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T CORPORATION, a New York corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTERSTATE HOLDINGS, LLC dba CONCORD HILTON, a California limited liability company,<br><br>　　　　Defendant. | CASE NO.<br><br>COMPLAINT FOR BREACH OF CONTRACT AND QUANTUM MERUIT<br><br>Judge: |

Plaintiff AT&T CORPORATION ("Plaintiff" or "AT&T") alleges as follows:

**PARTIES**

1. Plaintiff is a corporation organized under the laws of the State of New York and is registered with the Secretary of State of California to do business in California.

2. Defendant INTERSTATE HOLDINGS, LLC dba CONCORD HILTON ("Defendant" or "Concord") is a limited liability company organized under the laws of the State of California.

**JURISDICTION AND VENUE**

3. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a), in that the matter in controversy exceeds the sum or value of $75,000.00 exclusive of interest and costs, and is between parties that are citizens of different states.

4. Venue is proper under 28 U.S.C. § 1391(b), in that Defendant has and is conducting business in this judicial district and/or the telecommunication services at issue were provided to Defendant in this judicial district.

**DIVISIONAL ASSIGNMENT**

5. The events that give rise to the claims asserted herein occurred in the County of Contra Costa. Pursuant to Local Rule 3-2(c), AT&T requests the Clerk to assign this case to the court division serving the county in which the action arises.

**GENERAL ALLEGATIONS**

6. AT&T is a provider of telecommunication, long-distance and local telephone services.

7. This dispute appears to arise out of a Contract.

8. AT&T provided services (the "Services") to Concord under account number 960-739-4158-555 ("Account").

9. The terms and conditions of the Contracts governed the provisioning of the Services to Concord.

10. AT&T provided the Services to Concord and billed Concord for the Services on a monthly basis.

11. Concord has failed to pay all amounts due including, but not limited to, amounts due for the Services and other charges which exceed $167,825.63.

12. AT&T has demanded payment for the Services provided to Concord, but has received no part of the $167,825.63 principal amount due and owing.

**FIRST CAUSE OF ACTION**

**(BREACH OF CONTRACT)**

13. Plaintiff re-alleges each of the foregoing allegations contained in paragraphs 1 through 12 as if set forth fully herein.

14. Concord's refusal and failure to pay amounts due and owing for the Services, as set forth above, constitutes a breach of the Contracts.

15. AT&T performed all of its obligations under the Contracts.

16. As a result of Concord's breach of the Contracts, AT&T has suffered damages in the amount to be determined at trial, which is not less than $167,825.63.

17. Concord has failed to pay all amounts due under the Account.

18. The principal unpaid amount due under the Account is $167,825.63.

19. AT&T has demanded payment in full for the Services provided to Concord, but has received no part of the $167,825.63 principal amount due and owing.

20. AT&T is entitled to all amounts owed under the Contracts including, but not limited to, the principal amount of at least $167,825.63, plus pre-and post-judgment interest at the rate 1.5% per month (18% per annum), or the maximum allowed by law; plus all costs including attorney's fees.

## SECOND CAUSE OF ACTION

## (QUANTUM MERUIT – IN THE ALTERNATIVE)

21. AT&T incorporates by reference as if fully set forth herein, the allegations contained in paragraphs 1-5, 7, 8 through 12, and 17 through 20, above.

22. AT&T provided the Services to Concord under the Account.

23. The Services were provided by AT&T with the reasonable expectation that AT&T would be paid for the Services.

24. Concord requested, accepted, and utilized the Services expecting to pay for them or under such circumstances that it knew, or as a reasonable organization should have known, that AT&T expected to be paid.

25. By failing to pay AT&T the sums owed, Concord was unjustly enriched and is indebted to AT&T under the theory of *quantum meruit* or unjust enrichment in an amount to be determined at trial, but no less than $167,825.63.

## CLAIM FOR RELIEF

WHEREFORE, Plaintiff AT&T prays for:

1. On its First Claim for Relief, for amounts due and owing under the Contracts including, but not limited to, $167,825.63 in unpaid charges, taxes, and fees, as well as interest at the

1  contract rate of 1.5% per month (18% per annum), or the maximum rate allowed by law, attorney's fees and other costs pursuant to the Contracts;

2. In the alternative, on its Second Claim for Relief, for amounts due and owing for Services provided to Concord in an amount not less than $167,825.63;

3. On all claims, for interest, costs and attorney's fees as allowed by law; and

4. For such other and further relief as the Court may seem appropriate under the circumstances of this case.

DATED: MARCH 1, 2023

BERLINER COHEN, LLP

BY: *(signature)* Jonathan O. Wolf

JONATHAN D. WOLF
JULIA L. COVELLO
ATTORNEYS FOR PLAINTIFF
AT&T CORPORATION