Jonathan D. Wolf (SBN 127043)
Brian L. Shetler (SBN 164777)
BERLINER COHEN LLP
10 Almaden Boulevard, 11th Floor
San Jose, CA 95113
Telephone: 408.286-5800
Facsimile: 408 998-5388
Email: jonathan.wolf@berliner.com
brian.shetler@berliner.com

Paul R. Franke III (CO Bar 12275)
(Admitted pro hac vice)
MOYE WHITE LLP
3615 Delgany Street, Suite 1100
Denver, CO 80216-3997
Telephone:  303.292-2900
Facsimile: 303.292-4510
Email:  paul.franke@moyewhite.com

Attorneys for Plaintiff AT&T CORP.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T CORP., a New York corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>INTERSTATE HOLDINGS, LLC<br>d/b/a CONCORD HILTON,<br>a California limited liability company,<br><br>　　　　　Defendant. | Case No.:  23-CV-00938-LJC<br><br>**JOINT PROPOSED CASE MANAGEMENT STATEMENT & ORDER** |

　　　　Plaintiff AT&T Corp. ("AT&T") and Defendant Interstate Holdings, LLC

d/b/a Concord Hilton, ("Concord") (collectively, the "Parties") submit this Joint

Stipulation and Proposed Order to continue the status conference currently scheduled for December 14, 2023.

WHEREAS Defendant Interstate Holdings, LLC Concord filed a third-party complaint against Network One Solutions, Inc. ("Network One"). Concord's process server made several unsuccessful attempts to serve the agent for service of process for Network One but was ultimately successful in serving Network One on December 4, 2023. Concord calculates the responsive deadline to be December 26, 2023.

WHEREAS the Parties agree that it would be most efficient to meet and confer and request a scheduling order once Network One has appeared and can participate in the scheduling order.

Therefore, the Parties stipulate and request the Court orders as follows:

- That the Court continue the status conference from December 14, 2023 at 1:30pm to either December 28, 2023 or January 11, 2023, or a date further that is convenient for the Court.

Dated:  December 13, 2023.

                                       **MOYE WHITE, LLP**

_____
Paul R. Franke III
(**Admitted pro hac vice**)

**BERLINER COHEN, LLP**

                                                        Jonathan D. Wolf
                                                        Brian L. Shetler

                                                        Attorneys for Plaintiff AT&T CORP

Dated:  December 13, 2023             **KENT LAW, P.C.**

                                                        <u>/s/ Jonathan D. Kent</u>
                                                        Jonathan D. Kent

                                                        Attorneys for Defendant Interstate
                                                        Holdings, LLC d/b/a Concord Hilton

ORDER

The status conference currently set for December 13, 2023 at 1:30pm is continued to January 11, 2024 at 1:30pm.

IT IS SO ORDERED.

Dated: December 14, 2023

_____
UNITED STATES MAGISTRATE JUDGE