UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T CORPORATION, A NEW YORK CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>INTERSTATE HOLDINGS, LLC DBA CONCORD HILTON, A CALIFORNIA LIMITED LIABILITY COMPANY,<br><br>Defendant. | Case No.  23-cv-00938-LJC<br><br>**ORDER REGARDING STIPULATION FOR EXPEDITED TRIAL PROCESS**<br><br>Re: Dkt. No. 64 |

The parties have filed a stipulation to adopt the expedited trial process set forth in Abrogated General Order 64 (GO 64, a copy of which is attached to this Order).  *See* ECF No. 64 (Stipulation).  The Court understands that stipulation as reflecting the parties' voluntary agreement to adopt all provisions of GO 64, notwithstanding that GO 64 has been abrogated as a general order of this district, and that the parties have entered no separate agreement to modify any provision of GO 64.[1]  Such provisions include—but are not limited to—limitations on discovery (GO 64, attach. A, § 8), limitations on pretrial motions (*id.* § 10), waiver of the Court's obligation to provide findings of fact and conclusions of law supporting its judgment at trial (*id.* § 12), and waiver of most grounds for appeal (*id.* § 15).  Subject to that understanding and the conditions discussed below, the stipulation is GRANTED, and this case will proceed in accordance with GO 64.

The parties' stipulation includes a July 29, 2024 deadline for a Joint Expedited Trial Statement and an August 5, 2024 Expedited Trial Conference.  It appears that such a conference may be redundant to the case management conference that occurred on June 13, 2024, where the parties and the Court addressed case management issues and an expedited trial procedure.  The

---

[1] Any party that believes this understanding does *not* reflect the parties' agreement must file notice to that effect no later than July 5, 2024.

United States District Court
Northern District of California

United States District Court
Northern District of California

1    Court therefore declines to adopt those portions of the stipulation and waives the portion of GO 64

2    calling for an Expedited Trial Conference.  If any or all parties believe that an additional

3    conference (and associated joint statement) would be useful before the November 1, 2024 pretrial

4    conference, they may file an administrative motion or stipulation setting forth the reasons to hold

5    such a conference and a proposed date on the Court's regular case management conference

6    calendar (i.e., Thursdays at 1:30 PM).

7           At the June 13, 2024 case management conference, the Court set a deadline of August 30,

8    2024 for the completion of all discovery.  The parties' stipulation lists August 30, 2024 as the

9    "Fact and discovery deadline" (reflecting a typographical error in the Court's minute order, ECF

10   No. 63), but adds a separate October 27, 2024 "Discovery cutoff".  The Court declines to adopt the

11   latter date and stands by the deadline set at the case management conference: all discovery must be

12   completed by August 30, 2024.

13          All other provisions of the parties' stipulation are adopted.  The Court therefore sets the

14   following schedule:

15          August 30, 2024: Discovery cutoff (all discovery).

16          October 17, 2024: Parties to exchange and file documents described in Rule 26(a)(3) of the

17   Federal Rules of Civil Procedure.

18          November 1, 2024 (2:00 PM): Pretrial conference.

19          December 2–4, 2024 (9:00 AM): Bench trial.

20          The Standing Order for Pretrial Preparation sets forth the information the parties must

21   provide in their Pretrial Conference Statement.  In accordance with the expedited trial process in

22   this case, the parties' statement need not discuss trial alternatives and options.  The parties are also

23   excused from filing proposed findings of facts and conclusions of law, and shall instead file

24   proposed forms of judgment.

25          **IT IS SO ORDERED.**

26   Dated: June 26, 2024

27

28
                                                            LISA J. CISNEROS
                                                            United States Magistrate Judge